# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: B.G.M., A MINOR | : | No. 293 MAL 2016 |
| | : | |
| | : | |
| | : | |
| PETITION OF: T.M., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.